# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  PEGGY S. BOMMER                                            Case Number: 07-71887
        1908 HILLCREST ROAD              SSN-xxx-xx-8396
        ROCKFORD, IL  61108

                                                      Case filed on:      8/9/2007
                                                      Plan Confirmed on:  11/5/2007
                              D Dismissed

Total funds received and disbursed pursuant to the plan: $900.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 423.28 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 423.28 | 0.00 |
| 999 | PEGGY S. BOMMER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HEIGHTS FINANCE | 1,974.68 | 1,081.00 | 349.51 | 63.22 |
|  | Total Secured | 1,974.68 | 1,081.00 | 349.51 | 63.22 |
| 001 | HEIGHTS FINANCE | 0.00 | 893.68 | 0.00 | 0.00 |
| 002 | ADVANCE CASH EXPRESS | 150.00 | 150.00 | 0.00 | 0.00 |
| 003 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALPINE BANK OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ATTORNEY PERRY K. TUNEBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAMELOT RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SWEDISH AMERICAN HOSPITAL | 1,339.63 | 1,339.63 | 0.00 | 0.00 |
| 009 | PREMIER BANKCARD/CHARTER | 530.07 | 530.07 | 0.00 | 0.00 |
| 010 | GLOBAL VANTAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HSN | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | J.R.S. -I, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 105.00 | 105.00 | 0.00 | 0.00 |
| 015 | NADEEN HANIF MD SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | AFNI/VERIZON WIRELESS | 971.54 | 971.54 | 0.00 | 0.00 |
| 017 | CAPITAL ONE | 5,056.23 | 5,056.23 | 0.00 | 0.00 |
| 018 | NICOR GAS | 929.96 | 929.96 | 0.00 | 0.00 |
| 019 | OMNIUM WORLDWIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | OSF ST. ANTHONY MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | OWEN BACH | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | RETRIEVAL MASTERS CREDITORS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD GASTROENTEROLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 6,463.27 | 6,463.27 | 0.00 | 0.00 |
| 025 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROGER BOHLIN & SUE BOHLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SCHNUCKS MARKETS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SEEBER FOOT & ANKLE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SOUTHWEST CREDIT SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SST CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | STATE FARM INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | SWEDISH AMERICAN ER PHYSICIANS | 289.06 | 289.06 | 0.00 | 0.00 |
| 034 | THEODORE S. INGRASIS, III, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | WASHINGTON MUTUAL CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | CAPITAL ONE | 2,110.40 | 2,110.40 | 0.00 | 0.00 |
| 039 | CAPITAL ONE | 2,358.77 | 2,358.77 | 0.00 | 0.00 |
| 040 | ROUNDUP FUNDING LLC | 582.65 | 582.65 | 0.00 | 0.00 |
| 041 | MUTUAL MANAGEMENT SERVICES | 2,938.75 | 2,938.75 | 0.00 | 0.00 |
|  | Total Unsecured | 23,825.33 | 24,719.01 | 0.00 | 0.00 |
|  | Grand Total: | 28,000.01 | 28,000.01 | 772.79 | 63.22 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $836.01 |
| Trustee Allowance: | $63.99 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                           /s/ Lydia S. Meyer
                                                           Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008            By  /s/Heather M. Fagan